No. 87–1519. BOARD OF OPERATIVES OF THE AMERICAN CAST IRON PIPE CO. ET AL. *v.* BOARD OF MANAGEMENT OF THE AMERICAN CAST IRON PIPE CO. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 87–1538. STEIN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–1571. SCRAPP INVESTMENT CO., INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5957. JACKSON *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 87–6017. SHIEL *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–6187. KERNEY *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 87–6211. SENJUDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–6257. ALMEIDA-BIFFI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–6282. GRAVATT *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 87–6306. LYONS *v.* CARLSON, DIRECTOR, BUREAU OF PRISONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–6311. DAVIS *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 87–6329. ARMSTRONG *v.* RISLEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–6353. BRAILEY *v.* AUTOTHORITY, INC. Sup. Ct. Va. Certiorari denied.

No. 87–6386. ODLE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.